# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.: 1:05-cr-514 |
| **James Edward Brandon, Jr.,** | ) Reg. No.: 70825-083 |
| Defendant. | ) |
| | ) |
| Date of Original Judgment: April 10, 2007 | ) |
| Previous Judgment: July 11, 2008 | )  Gul Raza Gharbieh |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __181__ months **is reduced to** __180__ months.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 121-151 (+60) | Amended Guideline Range: | 97-121 (+60) |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ Pursuant to USSG § 1B1.10(b)(2)(B), the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

The amended guideline range is restricted by the applicable statutory mandatory minimum of 120 months.

Except as provided above, all provisions of the judgment dated __May 8, 2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _Mar. 22, 2013_

_/s/_
Claude M. Hilton
United States District Judge