IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | Criminal No. 1:05CR514 |
| ) | |
| JAMES EDWARD BRANDON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on the Defendant James Edward Brandon's ("Defendant") Motion to Reduce Supervised Release Term Pursuant to 18 U.S.C. § 3583(e)(1).

On November 17, 2005 the grand jury returned a two count indictment charging the Defendant with distribution of fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. 841(a)(1), (Count One (1)), and possession of a firearm on in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1), (Count Two (2)). On February 3, 2006, the Defendant pleaded guilty to both Counts 1 and 2, and on May 8, 2006 this Court sentenced the Defendant to a one-hundred fifty (151) months term of imprisonment on Count 1, and a sixty (60) month term of imprisonment on Count 2 to be served consecutively, for a total term of two-hundred and eleven (211) months term of imprisonment, and a five (5) year term of

supervised release on each of Counts 1 and 2 to be served concurrently. On August 18, 2009, the Court reduced the Defendant's previously imposed sentence on Count 1 pursuant to 18 U.S.C. § 3582(c)(2) to one-hundred and twenty one (121) months, and all other terms and conditions of the sentence already imposed, including the five (5) year term of supervised release remain in effect. The Defendant in his motion requests that the Court reduce his supervised release term to time already served.

Title 18 U.S.C. § 3583(e)(1) provides that the Court may terminate and discharge a defendant's term of supervised release "at any time after the expiration of one year of supervised release...if it is satisfied that such action is warranted by the conduct of the defendant released". 18 U.S.C. 3583(e)(1). It appearing to the Court that the Defendant has been in compliance with the terms of conditions of his supervised release, and has successfully completed over twenty-five (25) months of his supervised release term, it is hereby

ORDERED that the Defendant's Motion is GRANTED, and the Defendant's terms of supervised release is terminated.

*/s/ Claude M. Hilton*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 22, 2021